**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02377-AP

CHARLES ALEXANDER SKOLSKI, JR.,

 Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

 Defendant.

---

Joint Case Management Plan

---

### 1. APPEARANCES OF COUNSEL

For Plaintiff:

Michael W. Seckar
402 W 12th St
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

For Defendant:

Daniel E. Burrows
Special Assistant U.S. Attorney
Social Security Administration
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

 This Court has jurisdiction based on Social Security Act § 205(g), 42 U.S.C. § 405(g) (2006).

3.   **DATES OF FILING RELEVANT PLEADINGS**

    A.   <u>Date Complaint Was Filed</u>: September 6, 2012

    B.   <u>Date Complaint Was Served on U.S. Attorney's Office</u>: October 15, 2012

    C.   <u>Date Answer and Administrative Record Were Filed</u>: December 13, 2012

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7.   **OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8.   **BRIEFING SCHEDULE**

    A.   <u>Plaintiff's Opening Brief Due</u>: February 1, 2013

    B.   <u>Defendant's Response Brief Due</u>: March 4, 2013

    C.   <u>Plaintiff's Reply Brief (If Any) Due</u>: March 18, 2013

9. **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

    B.    <u>Defendant's Statement</u>: Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties consent to the exercise of jurisdiction by a magistrate judge.

11. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 27th day of December, 2012.

                                BY THE COURT:

                                <u>*s/John L. Kane*</u>_____
                                U.S. DISTRICT COURT JUDGE

APPROVED:

|  |  |
|---|---|
| | JOHN F. WALSH<br>United States Attorney |
| /s/ *Daniel E. Burrows* FOR<br>MICHAEL W. SECKAR<br>402 W 12th St<br>Pueblo, CO 81003<br>(719) 543-8636<br>seckarlaw@mindspring.com<br>Attorney for Plaintiff<br><br>(SIGNED PER ELECTRONIC AUTHORIZATION) | J. BENEDICT GARCÍA<br>Assistant United States Attorney<br><br><br>/s/ *Daniel E. Burrows*<br>DANIEL E. BURROWS<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1001 17th St<br>Denver, CO 80202<br>(303) 844-7356<br>daniel.burrows@ssa.gov<br><br>Attorneys for Defendant |