# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02377-AP

CHARLES ALEXANDER SKOLSKI, JR.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## Joint Case Management Plan

---

## 1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar | Daniel E. Burrows |
| 402 W 12th St | Special Assistant U.S. Attorney |
| Pueblo, CO 81003 | Social Security Administration |
| (719) 543-8636 | 1001 17th St |
| seckarlaw@mindspring.com | Denver, CO 80202 |
| | (303) 844-7356 |
| | daniel.burrows@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This Court has jurisdiction based on Social Security Act § 205(g), 42 U.S.C.

§ 405(g) (2006).

**3.     DATES OF FILING RELEVANT PLEADINGS**

    A.     <u>Date Complaint Was Filed</u>: September 6, 2012

    B.     <u>Date Complaint Was Served on U.S. Attorney's Office</u>: October 15, 2012

    C.     <u>Date Answer and Administrative Record Were Filed</u>: December 13, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

**7.     OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

**8.     BRIEFING SCHEDULE**

    A.     <u>Plaintiff's Opening Brief Due</u>: February 1, 2013

    B.     <u>Defendant's Response Brief Due</u>: March 4, 2013

    C.     <u>Plaintiff's Reply Brief (If Any) Due</u>: March 18, 2013

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    A.  <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

    B.  <u>Defendant's Statement</u>: Defendant does not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties consent to the exercise of jurisdiction by a magistrate judge.

**11.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 27th day of December, 2012.

                                     BY THE COURT:

                                     <u>s/John L. Kane</u>_____
                                     U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
United States Attorney

/s/ *Daniel E. Burrows* FOR
MICHAEL W. SECKAR
402 W 12th St
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com
Attorney for Plaintiff

(SIGNED PER ELECTRONIC
AUTHORIZATION)

J. BENEDICT GARCÍA
Assistant United States Attorney

/s/ *Daniel E. Burrows*
DANIEL E. BURROWS
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1001 17th St
Denver, CO 80202
(303) 844-7356
daniel.burrows@ssa.gov

Attorneys for Defendant